# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:15-mj-00054-NJK |
| Plaintiff, | |
| vs. | ORDER CONTINUING PRELIMINARY HEARING |
| KIRK L. MEGYESI, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for February 17, 2015, at the hour of 4:00 p.m., be vacated and continued to March 17, 2015, at the hour of 4:00 p.m. in Courtroom 3A.

DATED this 13th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3